UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JIMMIE E. WILLIAMS,

    Plaintiff,

v.                                           CASE NO. 6:07-cv-1219-Orl-35KRS

BREVARD COUNTY JAIL, et al.,

    Defendants.

## **ORDER**

This case is before the Court on the following motions:

1. Plaintiff's Motion to Dismiss Appeal (Doc. No. 83) is **DENIED**. This Court is without jurisdiction to dismiss Plaintiff's appeal. Because the appeal has already been filed in the Eleventh Circuit, (USCA Case No. 09-13852-H), Plaintiff must seek the relief he requests in the appellate court.

2. Plaintiff's Motion for Leave to Appeal *In Forma Pauperis*/Affidavit of Indigency is **GRANTED** to the extent that the appeal may proceed without the prepayment of the entire appellate filing and docketing fees. Because Plaintiff has less than $10.00 accrued in his prison trust fund account, the Court will not require Plaintiff to pay an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A). However, Plaintiff is hereby assessed the total $455.00 appellate filing and docketing fees in this case.

As funds become available in Plaintiff's prison account, he shall be required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into the account) credited to the account. Upon receipt of this Order, the agency having custody of Plaintiff shall forward payments from Plaintiff's account on a monthly

basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the appellate filing and docketing fees are paid in full. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate number (# E06335); and, (3) Middle District of Florida Case Number (6:07-cv-1219-Orl-35KRS). Checks or money orders which do not have this information will be returned to the penal institution.

Plaintiff is warned that he is ultimately responsible for payment of the appellate filing and docketing fees should the agency with custody over him lapse in its duty to make payments on his behalf. For this reason, if Plaintiff is transferred to another jail or correctional institution, he should ensure that the new institution is informed about this appeal and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose.

The **Clerk of Court** shall **MAIL** a copy of this Order to: Florida Department of Corrections, Inmate Trust Funds, Centerville Station, P.O. Box 12100, Tallahassee, FL 32317-2100, Attention: Administrator of the Inmate Trust Fund Account.

3. Plaintiff filed a Motion for Miscellaneous Relief, Specifically to Set Aside the Amount Taxed Against Him (Doc. No. 84). Plaintiff requests that costs not be taxed against him because he is indigent. First, pursuant to the Court's order dated July 16, 2009, Plaintiff had until August 5, 2009, to file a motion to set aside the total amount or a portion of the total amount taxed against him. *See* Doc. No. 75. Plaintiff failed to comply with the Court's order in a timely manner. Nevertheless, Plaintiff's indigent status does not preclude the taxing of costs against him. *See Talley-Bey v. Knebl*, 168 F.3d 884, 886-87

(6th Cir. 1999) ("The prisoner's ability to pay the costs is no longer an issue . . . ."); *accord* *Whitfield v. Scully*, 241 F.3d 264, 273 (2d Cir. 2001). Section 1915 of the United States Code governs proceedings *in forma pauperis*, and it specifically provides as follows: "Judgment may be rendered for costs at the conclusion of the suit or action as in other proceedings . . . ." 28 U.S.C. § 1915(f)(1). In addition, the statute states that "[i]f the judgment against a prisoner includes the payment of costs under the subsection, the prisoner shall be required to pay the full amount of the costs ordered." 28 U.S.C. § 1915(f)(2)(A). Therefore, Plaintiff's motion is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida this 15th day of September 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 9/15
Jimmie E. Williams
Counsel of Record